IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 12-00235-CG |
| | ) | |
| ERNEST COLLINS, III, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT OF FORFEITURE

On March 12, 2013, pursuant to a Plea Agreement, a guilty plea was entered by the Defendant, **ERNEST COLLINS, III**, to Count One of the indictment. As a condition of his guilty plea, the defendant, **ERNEST COLLINS, III** agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in the Forfeiture Notice of the indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the Plea Agreement, Defendant, **ERNEST COLLINS, III**, agreed to and confessed to forfeit the following property:

  **(1)** One Romarm/Cugir SK5 Draco, .762 cal, SN: DR5275-09;

  **(2)** One Glock GMBH .40 Cal. handgun, SN: NBS802;

  **(3)** One Desert Eagle .50 Cal. handgun, SN: 36600227;

  **(4)** One Taurus PT140 .40 Cal. handgun, SN: SYJ44152;

  **(5)** One Nodak Spud LLC SA2000M SKS, .762 cal rifle, SN: X000226;

  **(6)** One Blue Second Chance Body Armor Vest, SN: 03040565;

  **(7)** Miscellaneous Ammunition; and

  **(8)**  **$5,200.00, more or less, in U.S. currency;**

  The United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting June 13, 2013 at www.forfeiture.gov, (Ad # 129165). A Proof of Publication was filed on July 15, 2013, (Doc. 80), specifying the details of this publication. No third parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

  **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

  **(1)**  **One Romarm/Cugir SK5 Draco, .762 cal, SN: DR5275-09;**

  **(2)**  **One Glock GMBH .40 Cal. handgun, SN: NBS802;**

  **(3)**  **One Desert Eagle .50 Cal. handgun, SN: 36600227;**

  **(4)**  **One Taurus PT140 .40 Cal. handgun, SN: SYJ44152;**

  **(5)**  **One Nodak Spud LLC SA2000M SKS, .762 cal rifle, SN: X000226;**

  **(6)**  **One Blue Second Chance Body Armor Vest, SN: 03040565;**

  **(7)**  **Miscellaneous Ammunition; and**

  **(8)**  **$5,200.00, more or less, in U.S. currency.**

  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Maria E. Murphy.

**DONE and ORDERED** this 23rd day of August, 2013.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE